# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 2:00CR10067 |
| v. ) | |
| ) | **FINAL ORDER** |
| ) | |
| **RICHARD A. ORR**, ) | By: James P. Jones |
| ) | Chief United States District Judge |
| Defendant. ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** as follows:

1. The "Petition for Writ of Audita Querela" submitted in this case is construed as a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 (West Supp. 2008);

2. For administrative purposes only, the Clerk shall docket defendant's submission as a § 2255 motion; and

3. The motion is hereby DISMISSED as successive, pursuant to 28 U.S.C.A. § 2255(h).

        ENTER: June 30, 2009

        /s/ JAMES P. JONES
        Chief United States District Judge