# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| | ) Case No. 2:00CR10067 |
| v. | ) |
| | ) |
| | ) **2255 FINAL ORDER** |
| **RICHARD A. ORR**, | ) |
| | ) By: James P. Jones |
| Defendant. | ) Chief United States District Judge |
| | ) |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255, is DENIED without prejudice as successive. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: July 1, 2010

/s/ JAMES P. JONES
Chief United States District Judge